# COMPLAINT FORM
(for filers who are prisoners without lawyers)

## IN THE UNITED STATES DISTRICT COURT

FOR THE United States DISTRICT OF Indiana

921 Ohio St. Room 104 Terre Haute IN 47807

(Full name of plaintiff(s))

BRETT T. HOFFMAN

vs

(Full name of defendant(s))

State of Indiana
Attorney General

FILED
08/12/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case Number:

_____
(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of Marion County, IN, and is located at

1946 W. U.S. Hwy 40 Greencastle, Indiana 46135

(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Grant W. Hawkins
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;

2. What each defendant did;

3. When they did it;

4. Where it happened; and

5. Why they did it, if you know.

Claimant BRETT T. HOFFMAN's rights were violated by the STate of Indiana, more specifically Grant W. Hawkins; Don A. Olive; George Parker; Stephanie Callaway. Grant W. Hawkins, presiding Judge of Marion County Superior Court Room 5/31 abused discretion in ordering a Competency and Insanity evaluation(s) to be administered unanimously and consecutively, as the evaluation of

Complaint – 2

insanity refers to acts committed at the time of the crime, while the notion of competency remains in question. The three forementioned psychiatrists knowingly and intentionally administered these evaluations under the notion of the possibility of incompetence being present. These evaluations were administered at Marion County's Care Civic; 730 E. Washington St. 46202 from the dates of 11/19/2017, the date of motion filed and 5/1/2018, where the determination of incompetence was abjudged and decreed. All evaluations were preformed under the discretion of The Marion County Superior Court Room 5 judge, Grant Hawkins. Looking to apply equitable tolling due to claimants continually exaserbated mental condition. Verifiable records of such may be provided upon request.

Claimant ~~~~~~

Claimant is invoking Habeas Corpus in this matter.

C.  JURISDICTION

☐ I am suing for a violation of federal law under U.S.C. § 1331.

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is

$ 250,000

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Claimant would like damages equivalent to the maximum total allotment of the daily going rate for illegal incarceration that resulted from the act of self-incrimination. Claimant is also requesting additional damages for emotional distress conducive to an aggravated mental condition. Particular details revealed within claimants case file must also be tombstoned. (I.E) (social security number; false or incorrect evaluation requested.) Claimant would also like a vacation of the remainder of sentence to be considered.

E.  JURY DEMAND

☑ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this _____ day of August, 20 21.

Respectfully Submitted,

*Brett Hoff*
Signature of Plaintiff

283761
Plaintiff's Prisoner ID Number

1946 W. US. Hwy 40 GreenCastle, Indiana 46135
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISCRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

E.  JURY DEMAND

☐   Jury Demand – I want a jury to hear my case

OR

☐   Court Trial – I want a judge to hear my case

Dated this _____ day of _____ 20____.

Respectfully Submitted,

_____
Signature of Plaintiff

_____
Plaintiff's Prisoner ID Number

_____
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISCRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.