UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BRETT T. HOFFMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:21-cv-00310-JMS-MJD |
| STATE OF INDIANA Attorney General, | ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

The Court, having this day issued its Order directing the entry of final judgment, now enters **FINAL JUDGMENT**. The action is dismissed for failure to state a claim upon which relief may be granted.

Date: 10/13/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court
By: _____
   Deputy Clerk

Distribution:

BRETT T. HOFFMAN
283761
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only